UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        06-cr-211-01-JD

<u>Peter St. Croix</u>


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

   /s/Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date:  December 28, 2006


cc:   Joseph Caulfield, Esq.
      Karin M. Eckel, Esq.
      U.S. Marshal
      U.S. Probation