UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                             Criminal No. 06-cr-211-01-JD

Peter St. Croix

O R D E R

    The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                    /s/ Joseph A. DiClerico, Jr.
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

Date: February 21, 2007

cc:  Joseph Caulfield, Esq.
     Karin Eckel, Esq.
     U.S. Marshal
     U.S. Probation